No. 1056. PIERETTI, ETC., APPELLEE, v. RIVERA, APPEL-
LANT.—Filiation and support. Ponce. May 16, 1916. Ap-
peal dismissed.

No. 1042. THE PEOPLE, APPELLEE, v. OCHART, APPELLANT.—
Slander. Guayama. May 17, 1916. Judgment affirmed.

No. 1046. THE PEOPLE, APPELLEE, v. CIURÓ ET AL., APPEL-
LANTS.—Crime against public justice. San Juan, Section 2.
May 18, 1916. Judgment reversed and defendants dis-
charged.

No. 1446. DÍAZ ET AL., APPELLEES, v. CIVIDANES, APPEL-
LANT.—Judicial administration. (Temporary appointment
of administrator.) Guayama. May 18, 1916. Appeal dis-
missed.

No. 1043. THE PEOPLE, APPELLEE, v. ALLENDE, APPEL-
LANT.—Aggravated assault and battery. San Juan, Section
2. May 22, 1916. Judgment affirmed.

No. 1508. PIERALDI ET AL., APPELLEES, v. SUCCESSION OF CU-
RET, APPELLANT.—Liquidation of agricultural partnership,
etc. Ponce. May 23, 1916. Appeal withdrawn.

No. 1476. ESTRUCH, APPELLANT, v. LAGUÁ ET AL., APPEL-
LEES.—Nullity of deeds. Ponce. May 23, 1916. Appeal dis-
missed.

No. 1013. THE PEOPLE, APPELLEE, v. COBIÁN, APPELLANT.—
False representation.

No. 1041. THE PEOPLE, APPELLEE, *v.* PÉREZ, APPELLANT.—
Aggravated assault and battery.

San Juan, Section 2.   May 23, 1916.   Judgments affirmed.

---

No. 1010. THE PEOPLE, APPELLEE, *v.* MORALES ET AL., AP-
PELLANTS.—Breach of peace.   San Juan, Section 2.   May 25,
1916.   Judgment affirmed.

---

No. 1503. VÁZQUEZ, APPELLANT, *v.* SUCCESSION OF POLANCO,
APPELLEE.—Action of debt.   Humacao.   May 25, 1916.   Ap-
peal dismissed.

---

No. 1004. THE PEOPLE, APPELLEE, *v.* VELASCO, APPEL-
LANT.—Violation of the Law of Weights and Measures.
Ponce.   May 26, 1916.   Judgment affirmed.